UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KYLE WILLIAMS,**

   Plaintiff,

v.                                        No. 4:22-CV-00736-P

**SUSAN SHEFFIELD,**

   Defendant.

### ORDER

   The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case. ECF No. 25. No objections were filed within the fourteen-day window. The Magistrate Judge's Recommendation is now ripe for review and the District Judge thus reviews the proposed Findings, Conclusions, and Recommendation for plain error. *See Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds,* 28 U.S.C. § 636(b)(l) (extending time to file objections from ten to fourteen days).

   Finding no plain error or manifest injustice in the Magistrate's reasoning, the undersigned District Judge **ADOPTS** the Findings, Conclusions, and Recommendations of the Magistrate Judge.

   It is therefore **ORDERED** that: (1) Sheffield's Motion to Dismiss (ECF No. 19) is **GRANTED** as Plaintiff has failed to state a claim upon which relief can be granted; and (2) Plaintiff's Motion to File an Amended Complaint (ECF No. 23) is **DENIED** as futile.

   **SO ORDERED** on this **1st day of February 2023.**

*/s/ Mark T. Pittman*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE